474 A.2d 647

Provident National Bank v. Broderick, Appellant.

Argued January 17, 1984. Carole Ann Broderick, appellant, in propria persona; Walter Weir, Jr., for appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order affirmed.

474 A.2d 647

Trunzo v. Trunzo, Appellant.

Argued September 28, 1983. Ann Hansen Gamble, for appellant; Melvin B. Bassi, for appellee.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.